927 A.2d 201

**William R. GOWDEN, Appellee**

v.

**STATE EMPLOYEES' RETIREMENT BOARD, Appellant.**

**No. 89 MAP 2006.**

Supreme Court of Pennsylvania.

June 25, 2007.

## *ORDER*

PER CURIAM.

The order of the Commonwealth Court is **AFFIRMED.**

Former Justice NEWMAN did not participate in the consideration or decision of this case.